UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22422-CIV-SEITZ

MARIA HAYDEE LUZULA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

THIS MATTER is before the Court on the Report of Magistrate Judge [DE 15], in which the Magistrate Judge recommends that the Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] be denied, that no certificate of appealability issue, and that this case be closed. The Report found that Movant's claims were without merit and, therefore, provided no relief to Movant. No objections have been filed. Having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Movant does not object, it is

ORDERED that:

1. The Report of Magistrate Judge [DE 15] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

2. Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] is DENIED.

3. The Court will not issue a Certificate of Appealability.

4. All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT.

5. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 10th day of January, 2019.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record